1
2
3
4
5

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESMELING BAHENA, | ) Case No.: 1:20-cv-01685-AWI-SAB (PC) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER DIRECTING DEFENDANTS TO FILE A |
| | ) RESPONSE TO PLAINTIFF'S STIPULATION |
| RODRIGUEZ, et al., | ) FOR REFERRAL TO EARLY SETTLEMENT |
| | ) CONFERENCE |
| Defendants. | ) |
| | ) (ECF No. 29) |
| | ) |

        Plaintiff Esmeling Bahena is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

        On November 8, 2021, Plaintiff filed a stipulation for referral to early settlement conference. (ECF No. 29.)  Plaintiff writes that "[t]he parties have conferred and agreed that there exist the possibility that prompt resolution of this matter may be reached through participation in Early Settlement Conference ADR."  (Id. at 1.)

        Defendants have not filed an opposition or statement of non-opposition.  Local Rule 230(l). Accordingly, within ten (10) days from the date of service of this order, Defendants shall file a response to Plaintiff's November 8, 2021, stipulation.


IT IS SO ORDERED.

Dated:   **December 7, 2021**

_____
UNITED STATES MAGISTRATE JUDGE